IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GREG GAMACHE, PRO SE, § § Plaintiff, § § v. § § FEDERAL BUREAU OF INVESTIGATION § and FEDERAL COMMUNICATIONS § COMMISSION, § § Defendants. § | 2:11-CV-0048 |

GREG GAMACHE, PRO SE,

    Plaintiff,

v.     2:11-CV-0048

FEDERAL BUREAU OF INVESTIGATION
and FEDERAL COMMUNICATIONS
    COMMISSION,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

Plaintiff GREG GAMACHE, proceeding pro se, filed a complaint against the above-named defendants and requested leave to proceed in forma pauperis on March 11, 2011.

On March 14, 2011, the Court issued an Order Striking/Unfiling Documents and Notice of Deficiency informing plaintiff of the requirement that he sign all pleadings submitted to the Court and unfiling his complaint because it lacked his signature.

More than thirty days have elapsed since notice was given to plaintiff that his complaint was unfiled and there has been no further correspondence or pleading in this cause.

It is the conclusion of the United States District Judge that plaintiff GAMACHE has abandoned his cause and such cause should be dismissed for failure to prosecute. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962) (court possesses inherent power to dismiss sua sponte for lack of prosecution).

IT IS THEREFORE ORDERED:

All referrals to the Magistrate Judge in this cause are WITHDRAWN.

This cause is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE and all pending motions are DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to plaintiff and to any attorney of record by first class mail.

It is SO ORDERED.

Signed this the 15 day of April, 2011.

/s/ Mary Lou Robinson
MARY LOU ROBINSON
United States District Judge